UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

NEW WORLD STRATEGIES, LLC,

Plaintiff,

-v.-

SOLARKAL, LLC,

Defendant.

---------------------------------------------------------------x

ORDER

26 Civ. 8719 (GHW) (GWG)

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

The Court assumes that the parties agree that this case should be consolidated with 25 Civ. 10007 (GHW)(GWG) for all pretrial purposes pursuant to Fed. R. Civ. P. 42(a)(2). (The issue of consolidation for trial may be addressed at another time.).

If the parties do not agree, the parties shall on or before October 16, 2026, file a letter on ECF that sets forth their respective positions on this question.

If the parties agree the cases shall be consolidated, the parties shall file a proposed scheduling order in 25 Civ. 10007(GHW)(GWG) that contains the caption of both cases and that otherwise conforms with the requirements of Docket # 30 in 25 Civ. 10007(GHW)(GWG).

Dated: New York, New York
October 9, 2026

SO ORDERED:

GABRIEL W. GORENSTEIN
United States Magistrate Judge